ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

LOURDES J. RAMIREZ

NO.

**3-16CR0331-K**

## INDICTMENT

The Grand Jury Charges:

### Introduction

At all times material to this Indictment:

1.      The defendant, **Lourdes J. Ramirez**, was a resident of Greenville, Texas, in the Northern District of Texas.

2.      An Individual Taxpayer Identification Number ("ITIN") was a tax processing number issued by the IRS to individuals who did not have, and were not eligible to obtain, a Social Security number.

3.      A "means of identification" was any name or number that may be used, alone or in conjunction with any other information, to identify a specific individual, including a name, Social Security number, ITIN, or date of birth.

4.      The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for administering the internal revenue laws of the United States.

<u>Counts 1 through 21</u>
Aiding and Assisting in the Preparation and Presentation
of False and Fraudulent Individual Income Tax Returns
(Violations of 26 U.S.C. § 7206(2))

5.     The Grand Jury realleges and incorporates by reference the allegations

contained in Paragraphs 1 and 4 of this Indictment, as if copied verbatim.

6.     On or about the dates listed below, within the Northern District of Texas, the

defendant, **Lourdes J. Ramirez,** did willfully aid and assist in, and procure, counsel, and

advise the preparation and presentation under the internal revenue laws, of false U.S.

Individual Income Tax Returns, Forms 1040, for the following taxpayers and tax

documents listed below, which returns were false and fraudulent as to material matters,

including, but not limited to, those described below:

| COUNT | TAX-PAYER | DATE OF FILING | TAX DOCUMENT | FALSE MATERIAL MATTER | AMOUNT REPORTED |
|---|---|---|---|---|---|
| ONE | J.C. & M.C. | 1/27/2012 | 2011 Form 1040 | American Opportunity Credit (Form 8863, line 14) | $1,600 |
| | | | | Education Credit (Form 8863, line 23) | $1,503 |
| | | | | Supplies (Schedule C, line 22) | $2,100 |
| | | | | Other expenses (Schedule C, line 27a) | $4,590 |

| COUNT | TAX-PAYER | DATE OF FILING | TAX DOCUMENT | FALSE MATERIAL MATTER | AMOUNT REPORTED |
|---|---|---|---|---|---|
| TWO | J.C. & M.C. | 2/1/2013 | 2012 Form 1040 | Car and truck expenses (Schedule C, line 9)<br><br>Other expenses (Schedule C, line 27a) | $7,468<br><br>$6,631 |
| THREE | J.C. & M.C. | 1/26/2014 | 2013 Form 1040 | Car and truck expenses (Schedule C, line 9)<br><br>Other expenses (Schedule C, line 27a) | $8,165<br><br>$3,256 |
| FOUR | D.L. & J.L. | 1/21/2012 | 2011 Form 1040 | American Opportunity Credit (Form 8863, line 14) | $2,000 |
| FIVE | D.L. & J.L. | 1/2/2013 | 2012 Form 1040 | American Opportunity Credit (Form 8863, line 8) | $680 |

| COUNT | TAX-PAYER | DATE OF FILING | TAX DOCUMENT | FALSE MATERIAL MATTER | AMOUNT REPORTED |
|---|---|---|---|---|---|
| SIX | J.M. & R.M. | 2/23/2012 | 2011 Form 1040 | American Opportunity Credit (Form 8863, line 14) | $1,800 |
| | | | | Education credit (Form 8863, line 23) | $1,078 |
| | | | | Car and truck expenses (Schedule C, line 9) | $6,917 |
| | | | | Other expenses (Schedule C, line 27a) | $6,056 |
| SEVEN | J.M. & R.M. | 2/1/2013 | 2012 Form 1040 | American Opportunity Credit (Form 8863, line 8) | $1,693 |
| | | | | Education credit (Form 8863, line 19) | $2,539 |
| | | | | Car and truck expenses (Schedule C, line 9) | $10,279 |
| | | | | Other expenses (Schedule C, line 27a) | $2,412 |

| COUNT | TAX-PAYER | DATE OF FILING | TAX DOCUMENT | FALSE MATERIAL MATTER | AMOUNT REPORTED |
|---|---|---|---|---|---|
| EIGHT | A.P. | 2/8/2012 | 2011 Form 1040 | American Opportunity Credit (Form 8863, line 14) | $2,800 |
| | | | | Education credit (Form 8863, line 23) | $498 |
| NINE | A.P. | 2/2/2013 | 2012 Form 1040 | American Opportunity Credit (Form 8863, line 8) | $956 |
| | | | | Education credit (Form 8863, line 19) | $593 |
| TEN | A.P. | 2/9/2014 | 2013 Form 1040 | American Opportunity Credit (Form 8863, line 8) | $758 |
| | | | | Education credit (Form 8863, line 19) | $1,136 |
| ELEVEN | A.P. | 3/21/2015 | 2014 Form 1040 | American Opportunity Credit (Form 8863, line 8) | $770 |

| COUNT | TAX-PAYER | DATE OF FILING | TAX DOCUMENT | FALSE MATERIAL MATTER | AMOUNT REPORTED |
|---|---|---|---|---|---|
| TWELVE | K.S. | 3/12/2012 | 2011 Form 1040 | American Opportunity Credit (Form 8863, line 14) | $1,800 |
| | | | | Education credit (Form 8863, line 23) | $1,541 |
| | | | | Supplies (Schedule C, line 22) | $1,550 |
| | | | | Other expenses (Schedule C, line 27a) | $3,840 |
| THIRTEEN | K.S. | 2/4/2013 | 2012 Form 1040 | Car and truck expenses (Schedule C, line 9) | $7,466 |
| | | | | Other expenses (Schedule C, line 27a) | $6,050 |
| FOURTEEN | K.S. | 2/28/2014 | 2013 Form 1040 | Car and truck expenses (Schedule C, line 9) | $3,723 |
| | | | | Other expenses (Schedule C, line 27a) | $2,411 |

| COUNT | TAX-PAYER | DATE OF FILING | TAX DOCUMENT | FALSE MATERIAL MATTER | AMOUNT REPORTED |
|---|---|---|---|---|---|
| FIFTEEN | A.S. & O.S. | 3/31/2012 | 2011 Form 1040 | American Opportunity Credit (Form 8863, line 14) | $1,790 |
| | | | | Education credits (Form 8863, line 23) | $818 |
| | | | | Supplies (Schedule C, line 22) | $2,452 |
| | | | | Other expenses (Schedule C, line 27a) | $8,210 |
| SIXTEEN | A.S. & O.S. | 2/13/2013 | 2012 Form 1040 | American Opportunity Credit (Form 8863, line 8) | $940 |
| | | | | Education credits (Form 8863, line 19) | $1,410 |
| | | | | Car and truck expenses (Schedule C, line 9) | $7,561 |
| | | | | Travel (Schedule C, line 24a) | $2,230 |

| COUNT | TAX-PAYER | DATE OF FILING | TAX DOCUMENT | FALSE MATERIAL MATTER | AMOUNT REPORTED |
|---|---|---|---|---|---|
| SEVENTEEN | A.S. & O.S. | 3/30/2014 | 2013 Form 1040 | American Opportunity Credit (Form 8863, line 8) | $882 |
| | | | | Education credits (Form 8863, line 19) | $1,228 |
| | | | | Gifts (Schedule A, line 16) | $2,986 |
| | | | | Unreimbursed employee expenses (Schedule A, line 21) | $21,772 |
| EIGHTEEN | M.U. & G.U. | 2/8/2012 | 2011 Form 1040 | American Opportunity Credit (Form 8863, line 14) | $1,600 |
| | | | | Education credits (Form 8863, line 23) | $1,188 |
| | | | | Vehicles, machinery, and equipment (Schedule C, line 20a) | $3,860 |
| | | | | Other expenses (Schedule C, line 27a) | $5,591 |

Indictment – Page 8

| COUNT | TAX-PAYER | DATE OF FILING | TAX DOCUMENT | FALSE MATERIAL MATTER | AMOUNT REPORTED |
|---|---|---|---|---|---|
| NINETEEN | M.U. & G.U. | 3/2/2013 | 2012 Form 1040 | Car and truck expenses (Schedule C, line 8) | $9,630 |
| | | | | Other expenses (Schedule C, line 27a) | $2,420 |
| TWENTY | S.U. & A.U. | 2/11/2012 | 2011 Form 1040 | American Opportunity Credit (Form 8863, line 14) | $1,600 |
| | | | | Education credits (Form 8863, line 23) | $883 |
| | | | | Supplies (Schedule C, line 22) | $4,156 |
| | | | | Other expenses (Schedule C, line 27a) | $9,712 |
| TWENTY-ONE | S.U. & A.U. | 3/2/2013 | 2012 Form 1040 | Car and truck expenses (Schedule C, line 9) | $9,019 |
| | | | | Other expenses (Schedule C, line 27a) | $6,751 |

All in violation of 26 U.S.C. § 7206(2).

Count 22
Mail Fraud
(Violation of 18 U.S.C. § 1341)

7.     The Grand Jury realleges and incorporates by reference the allegations contained in Paragraphs 1 through 4 of this Indictment, as if copied verbatim.

8.     On or about June 18, 2013, within the Northern District of Texas, the defendant, **Lourdes J. Ramirez**, knowingly and with intent to defraud, devised and participated in a scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses, representations, and promises.

The Scheme and Artifice

9.     It was the purpose of said scheme and artifice that the defendant, **Lourdes J. Ramirez**, would and did prepare, or caused to be prepared, a fraudulent Amended U.S. Individual Income Tax Return, Form 1040X, and fraudulent documents attached to said Form 1040X titled Form 1040 and Form 8863, for the 2011 tax year in the defendant's name that:

    a.     Used the means of identification of B.A., an actual person known to the grand jury, to falsely claim B.A. as a dependent without B.A.'s knowledge or consent; and

    b.     Reported or caused to be reported that the defendant incurred false qualified education expenses for herself and B.A. during the 2011 tax year.

10.     It was further part of said scheme and artifice that the defendant, **Lourdes J. Ramirez**, would and did submit the aforementioned return to the IRS in order to enrich herself by obtaining a larger refund than that to which she was entitled.

## The Mailing

11.     On or about June 18, 2013, in the Northern District of Texas, the defendant,

**Lourdes J. Ramirez**, for the purpose of executing the scheme and artifice to defraud, and

attempting to do so, caused to be placed in a post office and authorized depository for mail

matter, matters and things to be sent and delivered by the Postal Service, namely, the

aforementioned fraudulent tax return in the defendant's name.

All in violation of 18 U.S.C. § 1341.

## Count 23
### Aggravated Identity Theft
#### (Violation of 18 U.S.C. § 1028A(a)(1) and (c)(5))

12.     The Grand Jury realleges and incorporates by reference the allegations contained in Paragraphs 1 through 4 and 7 through 11 of this Indictment, as if copied verbatim.

13.     On or about June 18, 2013, in the Northern District of Texas, the defendant, **Lourdes J. Ramirez**, did knowingly possess and use the means of identification of another person without lawful authority, during and in relation to the mail fraud offense as alleged in Count 22 of this Indictment, that is, she knowingly possessed and used the name and ITIN of an actual person known to the grand jury, whose initials are B.A., to aid in fraudulently obtaining a tax refund by the use of the Postal Service, knowing that the means of identification belonged to another actual person.

All in violation of 18 U.S.C. § 1028A(a)(1) & (c)(5).

<u>Forfeiture Notice</u>
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of

18 U.S.C. § 1341 (mail fraud) in Count Twenty-Two, the defendant, Lourdes J. Ramirez,

shall forfeit to the United States, any property, real or personal, which constitutes or is

derived from proceeds traceable to such violation (commonly referred to as a "money

judgment").

Pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), if any of

the property described above, as a result of any act or omission of the defendant:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be divided without difficulty,

the United States intends to seek forfeiture of any other property of the defendant up to

the value of the forfeitable property described above.

A TRUE BILL

FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

ALEXANDER R. EFFENDI
New York Bar No. 4981387

MELANIE A. SMITH
Virginia State Bar No. 82663

Trial Attorneys
United States Department of Justice
Tax Division
601 D Street
Washington, DC 20004
Telephone: (202) 514-5145
Facsimile:  (202) 514-0961
Email: Alexander.R.Effendi@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

LOURDES J. RAMIREZ

INDICTMENT

26 USC § 7206(2)
Aiding and Assisting in the Preparation and Presentation
of False and Fraudulent Individual Income Tax Returns

18 U.S.C. § 1341
Mail Fraud

18 U.S.C. § 1028A(a)(1) and (c)(5)
Aggravated Identity Theft

18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)
Forfeiture Notice

23 Counts

A true bill rendered

_____                    _____
DALLAS                                                                            FOREPERSON

Filed in open court this 20th day of July, 2016.

_____

**Warrant to be Issued**

----------------------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending